```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JOHN PATRICK FROST, Jr.
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      ) Case No. 2:11-cr-502 LKK
                                   )
13             Plaintiff,          ) STIPULATION AND ORDER CONTINUING
                                   ) CASE
14       v.                        )
                                   ) Date: April 3, 2012
15  JOHN PATRICK FROST, Jr.,       ) Time: 9:15 a.m.
                                   ) Judge: Hon. Lawrence K. Karlton
16             Defendant.          )
                                   )
17  _____    )

18

19       **IT IS HEREBY STIPULATED** and agreed to between the United States of

20  America through Michelle Prince, Assistant United States Attorney, and

21  JOHN PATRICK FROST, Jr., by and through his counsel, JEFFREY L. STANIELS,

22  Assistant Federal Defender, that the status conference in the above

23  captioned case be continued from April 3, 2012 to May 22, 2012.  This

24  continuance is sought to permit counsel to review further already

25  received discovery, to request additional discovery, and to consider the

26  needs for investigation and motions.

27  ///

28  ///
```

**IT IS ALSO STIPULATED** that the interests of justice furthered by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED**.

Dated: April 2, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ JEFFREY L. STANIELS
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
JOHN PATRICK FROST, Jr.

Dated: April 2, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Michelle Prince
Michelle Prince
Assistant U.S. Attorney

**O R D E R**

The foregoing stipulation of counsel is accepted. For the reasons stated in support of the requested continuance, the court finds that the interests of justice served by granting this request outweigh the interests of the defendant and the public in a speedy trial. The above captioned matter is ordered to be continued until May 22, 2012, at 9:15 a.m. on this court's regular criminal calendar.

IT IS SO ORDERED.

Dated: April 3, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT