DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN PATRICK FROST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOHN PATRICK FROST, <br> Defendant. | No. 2-11-cr-0502 LKK <br><br> ORDER EXCLUDING TIME <br><br> Date: July 10, 2012 <br> Time: 9:15 a.m. <br> Judge: Hon. Lawrence K. Karlton |

This matter came on for status conference on May 22, 2012, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by its counsel, Assistant United States Attorney Michelle Prince. The defendant JOHN PATRICK FROST was present, in custody, represented by his counsel, Assistant Federal Defender, Jeffrey L. Staniels.

The matter was continued to July 10, 2012, in order to permit exploration of possible non-trial resolution of the case as well as other pertinent defense preparation. Both parties requested that the court find that the interests of justice served by granting of this

request outweighed the interests of the public and the defendant in a speedy trial and that the exclusion of time for trial under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4, was appropriate.

IT IS ORDERED that this matter be continued to July 10, 2012, on this court's regular criminal calendar. The court finds, for the reasons stated above and by counsel in open court, that the interests of justice served by granting of this request outweigh the interests of the public and the defendant in a speedy trial. THEREFORE, IT IS FURTHER ORDERED that the period from May 22, 2012, to and including July 10, 2012, is excluded from the time computations pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4.

**IT IS SO ORDERED**.

By the Court,

DATED: May 29, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT