DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN PATRICK FROST, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-502 LKK |
| Plaintiff, | CORRECTED STIPULATION AND ORDER CONTINUING CASE |
| v. | Date: July 10, 2012 |
| JOHN PATRICK FROST, Jr., | Time: 9:15 a.m. |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** and agreed to between the United States of America through Michelle Prince, Assistant United States Attorney, and JOHN PATRICK FROST, Jr., by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case be continued from July 10, 2012 to August 28, 2012. This continuance is sought to permit counsel for the parties to continue on-going negotiations regarding possible non-trial disposition, as well as the need for some related in-house consultation in connection with approving any agreement.

/ / /

1    **IT IS ALSO STIPULATED** that the interests of justice furthered by
2    granting this continuance outweigh the interests of the public and the
3    defendant in a speedy trial.
4    **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial
5    Act be excluded between July 10, 2012, and August 28, 2012, pursuant to
6    18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).
7    **IT IS SO STIPULATED**.

Dated: July 9, 2012

                            Respectfully submitted,

                            DANIEL J. BRODERICK
                            Federal Defender

                            /s/ JEFFREY L. STANIELS
                            JEFFREY L. STANIELS
                            Assistant Federal Defender
                            Attorney for Defendant
                            JOHN PATRICK FROST, Jr.

Dated: July 9, 2012

                            BENJAMIN B. WAGNER
                            United States Attorney

                            /s/ Michelle Prince
                            Michelle Prince
                            Assistant U.S. Attorney

**O R D E R**

The foregoing stipulation of counsel is accepted. For the reasons stated in support of the requested continuance, the court finds that the interests of justice served by granting this request outweigh the interests of the defendant and the public in a speedy trial. The above captioned matter is ordered to be continued until August 28, 2012, at 9:15 a.m. on this court's regular criminal calendar. Therefore, Time is excluded between July 10, 2012 and August 28, 2012 pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

1         IT IS SO ORDERED.
2
3  Dated: July 9, 2012
4                                    _____
                                     LAWRENCE K. KARLTON
5                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT