1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOHN PATRICK FROST, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-cr-502 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) CASE |
| v. | ) |
| | ) Date: August 28, 2012 |
| JOHN PATRICK FROST, Jr., | ) Time: 9:15 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** and agreed to between the United States of America through Michelle Prince, Assistant United States Attorney, and JOHN PATRICK FROST, Jr., by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case be continued from August 28, 2012 to October 10, 2012. This continuance is sought to permit counsel for the parties to continue on-going negotiations regarding possible non-trial disposition, as well as the need for some related in-house consultation in connection with approving any agreement.

/ / /

**IT IS ALSO STIPULATED** that the interests of justice furthered by granting this continuance outweigh the interests of the public and the defendant in a speedy trial and that time for trial under the Speedy Trial Act be excluded between August 28, 2012, and October 10, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED**.

Dated: August 24, 2012

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ *Jeffrey L. Staniels*
    JEFFREY L. STANIELS
    Assistant Federal Defender
    Attorney for Defendant
    JOHN PATRICK FROST, Jr.

Dated: August 24, 2012

    BENJAMIN B. WAGNER
    United States Attorney

    /s/ *Michelle Prince*
    Michelle Prince
    Assistant U.S. Attorney

**O R D E R**

The foregoing stipulation of counsel is accepted. For the reasons stated in support of the requested continuance, the court finds that the interests of justice served by granting this request outweigh the interests of the defendant and the public in a speedy trial. The above captioned matter is ordered to be continued until October 10, 2012, at 9:15 a.m. on this court's regular criminal calendar. Therefore, time is excluded between August 28, 2012 and October 10, 2012 pursuant to 18

U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO ORDERED.**

Dated: August 24, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT