1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOHN PATRICK FROST, Jr.

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    ) Case No. 2:11-cr-502 LKK
                                )
13              Plaintiff,      ) STIPULATION AND ORDER CONTINUING
                                ) CASE
14      v.                      )
                                ) Date: October 10, 2012
15 JOHN PATRICK FROST, Jr.,     ) Time: 9:15 a.m.
                                ) Judge: Hon. Lawrence K. Karlton
16              Defendant.      )
                                )
17 _____ )

18

19     **IT IS HEREBY STIPULATED** and agreed to between the United States of
20 America through Michelle Prince, Assistant United States Attorney, and
21 JOHN PATRICK FROST, Jr., by and through his counsel, JEFFREY L. STANIELS,
22 Assistant Federal Defender, that the status conference in the above
23 captioned case be continued from October 10, 2012 to October 30, 2012.
24 This continuance is sought to permit counsel for defense counsel to
25 review a just received proposed plea agreement and to consult with
26 government counsel and Mr. Frost about terms and any response or
27 acceptance of the offer. The date selected also accounts for some period
28 of unavailability of defense counsel.

**IT IS ALSO STIPULATED** that the interests of justice furthered by granting this continuance outweigh the interests of the public and the defendant in a speedy trial and that time for trial under the Speedy Trial Act be excluded between October 10, 2012, and October 30, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED**.

Dated: October 9, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ *Jeffrey L. Staniels*
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
JOHN PATRICK FROST, Jr.

Dated: October 9, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ *Michelle Prince*
Michelle Prince
Assistant U.S. Attorney

**O R D E R**

The foregoing stipulation of counsel is accepted. For the reasons stated in support of the requested continuance, the court finds that the interests of justice served by granting this request outweigh the interests of the defendant and the public in a speedy trial. The above captioned matter is ordered to be continued until October 30, 2012, at 9:15 a.m. on this court's regular criminal calendar. Time is excluded between October 10, 2012 and October 30, 2012 pursuant to 18 U.S.C. §

3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO ORDERED**.

Dated: October 9, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT